FILED

11/30/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0217

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0217

_____

JULIE KOSTELECKY, an individual, on behalf of
herself and her minor child S.M.K.; and JASON
KOSTELECKY, an individual, on behalf of
himself and his minor child S.M.K.,

      Plaintiffs and Appellants,

    v.

PEAS IN A POD LLC; LACEY ALLEN; ERICA
WILLIAMS; JANE AND JOHN DOES 1-10,

      Defendants and Appellees.

_____

O R D E R

Upon consideration of the Appellants' motion for extension of time to file their reply brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellants shall have until January 3, 2022, within which to file their reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 30 2021